IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01014-LTB

RONALD JENNINGS FOGLE,

    Plaintiff,

v.

ANGELINA GONZALES, in her individual and official capacities as case manager for
    CCCF,

    Defendant.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 14, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 14th day of May, 2014.

                                   FOR THE COURT,

                                   JEFFREY P. COLWELL, Clerk


                                   By: s/K Lyons
                                       Deputy Clerk